UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:25-cv-10687-RAO   Date: December 23, 2025
Title: Ikechi Amadi v. AT and T Corporation et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER GRANTING MOTION TO REMAND [10]**

Pending before the Court is Plaintiff Ikechi Amadi's ("Plaintiff") Motion to Remand. Dkt. No. 10. Plaintiff moves to remand this action to the Superior Court of California, County of Los Angeles. *Id.* Because Plaintiff stated in his Motion to Remand that he did not intend to bring any federal law claims, the Court directed the parties to meet and confer on whether they could agree on a stipulation to resolve the Motion to Remand. Dkt. No. 12.

On December 22, 2025, Defendants AT&T Corporation and Best Buy Co. ("Defendants") filed a Statement of Non-Opposition. Dkt. No. 14. Defendants explain that the parties met and conferred on December 18, 2025, and Plaintiff informed Defendants that the reference to the FMLA was inadvertent and that Plaintiff intended to only assert claims pursuant to California state law. *Id.* Defendants suggested the parties jointly stipulate to a remand if Plaintiff agreed to amend his operative complaint after remand to remove any reference to the FMLA, but Plaintiff refused. *Id.* In order to preserve judicial resources, Defendants submit a statement of non-opposition to Plaintiff's Motion to Remand. *Id.*

In light of Defendants' statement of non-opposition, the Court GRANTS Plaintiff's Motion to Remand. This action is **REMANDED** to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

                                                                                                    :
                                                                       Initials of Preparer    er